**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | |
|---|---|
| Charles Purvis, | : |
|            Plaintiff, | : |
| v. | : Civil Action No.: 2:13-cv-00086-SWW |
| Dynamic Recovery Solutions LLC; and DOES 1-10, inclusive, | : |
|            Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: August 8, 2013

           Respectfully submitted,

           PLAINTIFF, Charles Purvis

           */s/ Sergei Lemberg*

           Sergei Lemberg, Esq.
           LEMBERG & ASSOCIATES L.L.C.
           1100 Summer Street, 3rd Floor
           Stamford, CT 06905
           Telephone: (203) 653-2250
           Facsimile:  (203) 653-3424
           slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 8, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the Eastern District of Arkansas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By  */s/ Sergei Lemberg*

      Sergei Lemberg, Esq.